UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.: 06 CR 916 |
| ROLAND BORRASI AND WENDY MAMOON, | ) ) ) | JUDGE WILLIAM J. HIBBLER |
| Defendants. | ) | |

### DEFENDANT MAMOON'S PROPOSED JURY INSTRUCTIONS

Defendant, **WENDY MAMOON**, by her attorney, Thomas K. McQueen, hereby adopts the proposed jury instructions of Defendant Borassi:

Instruction #1, #2, #3, #4, #6, #7, #8, #9, #10, #11, #13, #14, #15, #16, #18 and #19.


DATED: June 24, 2009

Respectfully submitted,

Defendant, **WENDY MAMOON**

By:  /s/ Thomas K. McQueen
      Her Attorney, Thomas K. McQueen


Thomas K. McQueen
321 S. Plymouth Court, 10th Floor
Chicago, Illinois  60604
Phone:    (312) 360-5025
Fax:        (312) 360-5026
Email:     tkm@tmcqueenlaw.com
ARDC No.:  1869671

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 24, 2009, he caused a copy of the foregoing DEFENDANT MAMOON'S PROPOSED JURY INSTRUCTIONS to be served electronically upon the following:

Lisa Noller
Assistant U.S. Attorney
219 S. Dearborn Street, Suite 500
Chicago, IL  60604

Joel Hammerman
Assistant U.S. Attorney
219 S. Dearborn Street, Suite 500
Chicago, IL  60604

Edward Genson
Genson & Gillespie
53 W. Jackson Blvd., Suite 1430
Chicago, IL  60604

Dennis Giovannini
Giovanini & Olshansky
216 S. Jefferson Street, Suite 101
Chicago, IL  60661

Marc W. Martin
Marc Martin, Ltd.
53 W. Jackson Boulevard
Suite 1420
Chicago, IL  60604

    /s/ Thomas K. McQueen
    Thomas K. McQueen

C:\Documents and Settings\Robi\My Documents\Robi Shared\Maryannes Docs\Tom McQueen\Clients\1013.001 Mamoon\Pleadings\06-24-09 Mamoon's Proposed Jury Instructions and COS.wpd